STATE v. TOMLINSON

---

STATE OF NORTH CAROLINA v. ERNIE MARSHALL TOMLINSON

No. 702SC274

(Filed 27 May 1970)

**Larceny § 10—— larceny of cigarette machine —— punishment**

Sentence of 18 months' imprisonment imposed upon defendant's plea of guilty to the larceny of a cigarette machine together with its contents of money and cigarettes, is held within the statutory limits.

APPEAL by defendant from *Mintz, J.,* 22 January 1970 Session of BEAUFORT County Superior Court.

Defendant was charged in an indictment, proper in form, with larceny and receiving of a cigarette machine together with its contents of money and cigarettes. He pleaded guilty to larceny, and the State took a *nolle pros* on the charge of receiving. Defendant was sentenced to serve 18 months and has appealed.

*Attorney General Robert Morgan by Assistant Attorney General Sidney S. Eagles, Jr., and Staff Attorney Russell G. Walker, Jr., for the State.*

*Knott and Carter by W. B. Carter, Jr., for defendant appellant.*

MORRIS, J.

Counsel for defendant, with commendable candor, states that he is unable to find prejudicial error in the record. We have, nevertheless, carefully examined the record. Defendant was charged with the crime of larceny and freely, understandingly and voluntarily entered a plea of guilty. The transcript of his plea and the court's adjudication thereon are in the record. He testified under oath that he took the machine and its contents. His sentence is well within the statutory limit. We find

No error.

MALLARD, C.J., and GRAHAM, J., concur.